JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:     (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEVINA ELAINE WHITLEY, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY d/b/a PROGRESSIVE; DOE Individuals I-V; and ROE CORPORATIONS I-V, <br><br> Defendants. | CASE NO.: 2:25-cv-00366-RFB-MDC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, DEVINA ELAINE WHITLEY ("Plaintiff"), by and through her attorneys of record, GILLOCK & COGGESHALL, and Defendant, PROGRESSIVE DIRECT INSURANCE ("Defendant"), by and through its attorneys of record,

/ / /

1

HARPER | SELIM, that the above-entitled matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 17th day of April 2025.                                    DATED this 17th day of April 2025.

**GILLOCK & COGGESHALL**                                              **HARPER | SELIM**

/s/ Daniel J. McAdorey

DANIEL J. McADOREY                                                    JAMES E. HARPER
Nevada Bar No. 15433                                                  Nevada Bar No. 9822
428 South Fourth Street                                               SABRINA G. WIBICKI
Las Vegas, NV 89101                                                   Nevada Bar No. 10669
*Attorneys for Plaintiff*                                             1935 Village Center Circle
                                                                      Las Vegas, Nevada 89130
                                                                      *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**.

**DATED:** this 22nd day of April, 2025.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2